IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL S. HORNER, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:04-CV-1127-M |
| | ) | |
| BOARD OF PARDONS AND PAROLE, et al., | ) ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SO ORDERED this 27 day of December, 2005.

UNITED STATES DISTRICT JUDGE